[No. 50150-0-I.   Division One.   January 13, 2003.]

NATALIE BROOKE, *Respondent*, v. JAMES H. ROBINSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-15358-9, Mary Yu, J., entered January 30, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ.

[No. 50306-5-I.   Division One.   January 13, 2003.]

JANET L. CAPPS, *Appellant*, v. CHRISTINE O. GREGOIRE, *as Attorney General*, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-35609-7, Suzanne M. Barnett, J., entered March 11, 15, and 25, and April 5 and 9, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 50334-1-I.   Division One.   January 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAY SPENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01067-5, Ronald L. Castleberry, J., entered March 27, 2002. *Affirmed* by unpublished per curiam opinion.